MAX LOEWINTHAN, Appellant, *v.* BETH DAVID HOSPITAL et al., Defendants, and CHARLES LOVENTHAL et al., Defendants-Respondents.

Submitted March 2, 1943; decided April 8, 1943.

*B. Leo Schwarz* and *Sidney M. Wittner* for appellant.

*David J. Rosen* for respondents.

*Per Curiam.* The complaint should not have been dismissed as against these defendants-respondents. Their communications were protected by a qualified privilege but plaintiff's proof made out a *prima facie* case of malice. (*Ashcroft* v. *Hammond,* 197 N. Y. 488.) The question was for the jury.

The judgments should be reversed and a new trial granted with costs to abide the event.

LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ., concur.

Judgments reversed, etc.